
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CANDELARIA,<br><br>                              Plaintiff,<br><br>  v.<br><br>EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,<br><br>                            Defendant. | Case No.: 25-cv-7-RSH-JLB<br><br>**ORDER GRANTING JOINT MOTION TO FILE FIRST AMENDED COMPLAINT AND REMAND TO SAN DIEGO SUPERIOR COURT**<br><br>[ECF No. 14] |

      Plaintiff filed this action on November 26, 2024 in San Diego County Superior Court. ECF No. 1 at 6. On January 2, 2025, Defendant removed the action to federal court. *Id.* According to the Parties, Plaintiff received Defendant's Initial Disclosures on January 28, 2025. ECF No. 14 at 3–4. Subsequently, on March 4, 2025, the Parties filed a joint motion to allow Plaintiff to file a first amended complaint and to remand this action back to San Diego County Superior Court. *Id.* Following a review of Defendant's Initial Disclosures, Plaintiff requests leave to amend his complaint to add two new defendants with knowledge of facts related to this action. *Id.* at 4–5. If Plaintiff is granted leave to

amend his complaint and name the two new defendants, there will no longer be complete diversity between the parties, resulting in the Court losing its subject matter jurisdiction over the instant action.

Upon consideration of the parties' joint motion [ECF No. 14] and good cause appearing, the motion is hereby **GRANTED**. It is hereby **ORDERED** that Plaintiff may file a first amended complaint within **seven (7) days** of the date of this order. It is further **ORDERED** that upon the filing of the first amended complaint, this case shall be **REMANDED** to the San Diego County Superior Court.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
Hon. Robert S. Huie
United States District Judge